Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@mnat.com

June 22, 2015

The Honorable Richard G. Andrews     *VIA ELECTRONIC FILING*
United States District Court
 For the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:   *CallWave Communications, LLC Litigations*, C.A. No. 12-1701 (RGA), 12-1702 (RGA), 12-1703 (RGA), 12-1704 (RGA) and 12-1788 (RGA)

Dear Judge Andrews:

    I write to advise the Court that the defendants in these actions other than Sprint do not oppose CallWave's motion for entry of a Rule 54(b) Judgment with respect to the '933 patent (D.I. 394 in C.A. No. 12-1701). Sprint advises that the 12-1702 action was stayed as to Sprint, including with respect to the '933 Track (D.I. 398), and therefore, entry of judgment as to Sprint is inappropriate at this time.

                               Respectfully,

                               */s/ Jack B. Blumenfeld*

                               Jack B. Blumenfeld (#1014)

JBB/dlw
cc:    Clerk of the Court (Via Hand Delivery)
        All Counsel of Record (Via Electronic Mail)