IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLWAVE COMMUNICATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1701 (RGA) |
| | ) | |
| AT&T MOBILITY, LLC and GOOGLE INC., | ) | |
| | ) | |
| Defendants. | ) | |
| CALLWAVE COMMUNICATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1702 (RGA) |
| | ) | |
| SPRINT SPECTRUM L.P., SPRINT COMMUNICATIONS COMPANY L.P. and GOOGLE INC., | ) | |
| | ) | |
| Defendants. | ) | |
| CALLWAVE COMMUNICATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1704 (RGA) |
| | ) | |
| VERIZON COMMUNICATIONS, INC., CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and GOOGLE INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT GOOGLE'S MOTION FOR SUMMARY JUDGMENT OF
INVALIDITY OF ALL ASSERTED CLAIMS OF THE '110, '910,
AND '901 PATENTS BASED ON PRIOR ART**

Pursuant to Federal Rule of Civil Procedure 56, defendant Google Inc. moves for summary judgment that claim 41 of U.S. Patent No. 7,555,110, claims 1, 5, 8, 20, 24-26, 31, 35-37, and 39 of U.S. Patent No. 7,397,910; and claims 1, 15, and 27 of U.S. Patent No. 8,325,901

are invalid under 35 U.S.C. § 102. The grounds for this motion are set forth in Google's Opening Brief submitted herewith.

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Paul Saindon (#5110)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
psaindon@mnat.com

*Attorneys for Defendant Google, Inc.*

OF COUNSEL:

Mark C. Scarsi
Philip Chen
Dat Nguyen
MILBANK, TWEED, HADLEY & MCCLOY LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA  90067-3019
(424) 386-4000

Christopher J. Gaspar
Nathaniel Browand
MILBANK, TWEED, HADLEY & MCCLOY LLP
28 Liberty Street
New York, NY 10005
(212) 530-5000

September 9, 2016

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the Plaintiff and that we have not been able to reach agreement.

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 9, 2016, upon the following in the manner indicated:

| | |
|---|---|
| James G. McMillan, Esquire<br>PEPPER HAMILTON LLP<br>1313 North Market Street<br>P.O. Box 1709<br>Wilmington, DE  19899-1709<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| William D. Belanger, Esquire<br>Noah V. Malgeri, Esquire<br>Leah R. McCoy, Esquire<br>Megan E. L. Bigelow, Esquire<br>PEPPER HAMILTON LLP<br>High Street Tower, 19th Floor<br>125 High Street<br>Boston, MA  02110<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Gregory S. Bishop, Esquire<br>Charles F. Koch, Esquire<br>Thomas F. Fitzpatrick, Esquire<br>PEPPER HAMILTON LLP<br>333 Twin Dolphin Drive, Suite 400<br>Redwood City, CA 94065-2133<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)